IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

|  |  |
|---|---|
| JULIUS OMAR ROBINSON, <br><br> Petitioner, <br><br> v. <br><br> WARDEN, USP-TERRE HAUTE, UNITED STATES OF AMERICA, <br><br> Respondent. | Case No. 20-CV-640-JPH-DLP <br><br> **CAPITAL CASE** |

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Petitioner Julius Omar Robinson through counsel, respectfully requests leave to file his *Petition for Writ of Habeas Corpus*, submitted for filing this date, without prepayment of fees, and to proceed in forma pauperis.  In support of this Motion, counsel states:

1.    Petitioner is an indigent death-sentenced prisoner at USP-Terre Haute. His BOP Register Number is 26190-177.

2.    Petitioner was previously granted leave to proceed *in forma pauperis* in the United States District Court for the Northern District of Texas, the Fifth Circuit Court of Appeals, and the United States Supreme Court.  Undersigned counsel is a deputy federal public defender, and the Office of the Federal Public Defender was appointed to represent the Petitioner in the Northern District of

1

Texas in 2015 pursuant to 18 U.S.C. § 3599(a)(2), and that appointment was continued on appeal and in all subsequent proceedings.

3.     Petitioner has remained indigent since being incarcerated and is unable to pay the costs and fees associated with the litigation of this Petition for Writ of Habeas Corpus.

Wherefore, the Petitioner respectfully requests leave to file his Petition for Writ of Habeas Corpus without prepayment of fees and *in forma pauperis*.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Interim Federal Public Defender

By */s/ Jonathan C. Aminoff*
        JONATHAN C. AMINOFF
        CELESTE BACCHI
        Deputy Federal Public Defenders
        Federal Public Defender
        Central District of California
        321 E. 2nd Street
        Los Angeles, CA 90012
        Telephone:  (213) 894-5374
        Facsimile:  (213) 894-0310
        jonathan_aminoff@fd.org
        celeste_bacchi@fd.org
        Attorneys for Julius Omar Robinson

2

## **PROOF OF SERVICE**

I, Iliana Hernandez, declare that I am a resident or employed in Los Angeles County, California; that my business address is the Office of the Federal Public Defender, 321 East 2nd Street, Los Angeles, California 90012-4202, Telephone No. (213) 894-2854; that I am over the age of eighteen years; that I am not a party to the action entitled above; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the State of California, and at whose direction I served a copy of the attached **MOTION TO PROCEED *IN FORMA PAUPERIS*** on the following individual(s) by:

| [] Placing same in a sealed envelope for collection and interoffice delivery addressed as follows: | [ ] Placing same in an envelope for hand delivery addressed as follows: | [X] Placing same in a sealed envelope for collection and mailing via the United States Post Office addressed as follows: | [ ] Faxing same via facsimile machine addressed as follows: |
|---|---|---|---|

| | |
|---|---|
| Warden, USP-Terre Haute U.S. Penitentiary 4700 Bureau Road South Terre Haute, IN 47802 | Gail A. Hayworth, AUSA 1100 Commerce Street Suite 300 Dallas, TX 75242 |

This proof of service is executed at Los Angeles, California, on December 3, 2020.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

/s/ Iliana Hernandez                    .
Iliana Hernandez

3