IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

JULIUS OMAR ROBINSON,

　　　　　　　　　　Petitioner

　　　v.

T.J. WATSON, WARDEN, FEDERAL
CORRECTIONAL COMPLEX (FCC)
TERRE HAUTE;
UNITED STATES OF AMERICA,

　　　　　　　　　　Respondents.

**CAPITAL CASE**

Case No. 20-cv-00640-JPH-DLP

---

**PETITIONER'S EXHIBITS IN SUPPORT OF AMENDED PETITION**

**FOR WRIT OF HABEAS CORPUS**

---

CUAUHTEMOC ORTEGA
Federal Public Defender
JONATHAN C. AMINOFF (Cal. Bar No. 259290)
(E-Mail:  Jonathan_Aminoff@fd.org)
CELESTE BACCHI (Cal. Bar No. 307119)
(E-Mail:  Celeste_Bacchi@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone:  (213) 894-5374
Facsimile:  (213) 894-0310

Counsel for Petitioner
**JULIUS OMAR ROBINSON**

| EXHIBIT | DESCRIPTION | PAGES |
|---|---|---|
| 1. | Declaration of Scott Phillips, March 29, 2011 | 001-013 |
| 2. | OMITTED | 014 |
| 3. | Second Superseding Indictment, *United States v. Julius Omar Robinson, et. al.*, U.S. District Court, Northern Dist. of Texas, Fort Worth Div., Case No. CR-00-0260-Y, filed June 19, 2001 | 015-051 |
| 4. | Fourth Superseding Indictment, *United States v. L.J. Britt, et. al.*, U.S. District Court, Northern Dist. of Texas, Fort Worth Div., Case No. CR-00-0260-Y, filed Oct. 16, 2002 | 052-080 |
| 5. | Notice of Intent to Seek the Death Penalty, *United States v. Julius Omar Robinson, et. al.*, U.S. District Court, Northern Dist. of Texas, Fort Worth Div., Case No. CR-00-0260-Y, Oct. 19, 2001 | 081-091 |
| 6. | Government's Trial Exhibit 929a, Partial Phone Call Transcript of Julius Robinson recorded on Dec. 28, 2000, *United States v. Julius Omar Robinson, et. al.*, U.S. District Court, Northern Dist. of Texas, Fort Worth Div., Case No. CR-00-0260-Y | 092-093 |
| 7. | Excerpt, Penalty-Phase Trial Testimony of Government Witness Peter Carlson, March 14, 2002, Vol. 22, *United States v. Julius Omar Robinson, et. al.*, U.S. District Court, Northern Dist. of Texas, Fort Worth Div., Case No. CR-00-0260-Y | 094-124 |
| 8. | Excerpt, Penalty-Phase Trial Closing Argument of the United States of America, March 15, 2002, Vol. 23, *United States v. Julius Omar Robinson, et. al.*, U.S. District Court, Northern Dist. of Texas, Fort Worth Div., Case No. CR-00-0260-Y | 125-153 |

| | | |
|---|---|---|
| 9. | Special Verdict Forms, *United States v. Julius Omar Robinson, et. al.*, U.S. District Court, Northern Dist. of Texas, Fort Worth Div., Case No. CR-00-0260-Y | 154-209 |
| 10. | Declarations of Keith Edington (Oct. 22, 2005), Wayne Jordan (Oct. 20, 2005), and Alquantis Kentrel Pitts (Oct. 24, 2005). | 210-218 |
| 11. | Declaration of Michael Williams, Oct. 22, 2005 | 219-220 |
| 12. | Declaration of Mark A. Bezy, Nov. 20, 2018 | 221-245 |
| 13. | Juror Information Sheet of M.A., *United States v. Julius Omar Robinson, et. al.*, U.S. District Court, Northern Dist. of Texas, Fort Worth Div., Case No. CR-00-0260-Y | 246-276 |
| 14. | Juror Information Sheet of B.B., *United States v. Julius Omar Robinson, et. al.*, U.S. District Court, Northern Dist. of Texas, Fort Worth Div., Case No. CR-00-0260-Y | 277-307 |
| 15. | Juror Information Sheet of D.D., *United States v. Julius Omar Robinson, et. al.*, U.S. District Court, Northern Dist. of Texas, Fort Worth Div., Case No. CR-00-0260-Y | 308-338 |
| 16. | Julius O. Robinson Letters to the United States Fifth Circuit Court of Appeals | 339-342 |
| 17. | Affidavit of D. Bruce Cummings, April 26, 2006 | 343-347 |
| 18. | Affidavit of Wessley T. Ball, April 20, 2006 | 348-363 |
| 19. | Memorandum of Jesse Wallis, Paralegal, Office of the Federal Public Defender of the Central Dist. of California, re: *U.S.A. v. Robinson*, C.J.A. Fee Voucher Analysis, Aug. 16, 2006 | 364-365 |
| 20. | Affidavit of Jack V. Strickland, April 26, 2006 | 366-374 |

| | | |
|---|---|---|
| 21. | Declaration of Rose Mae Holliman, Nov. 26, 2005 | 375-384 |
| 22. | Affidavit of Danny Duane Burns, Aug. 25, 2006 | 385-388 |
| 23. | Declaration of Christopher Scott Conner, Nov. 28, 2005 | 389-390 |
| 24. | Declaration of John Holliman, Jr., Nov. 13, 2005 | 391-394 |
| 25. | Declaration of Willie Nimmer, Oct. 20, 2005 | 395-396 |
| 26. | Psychological Evaluation of Rosie Mae Holliman, aka Hollimon by James Daniel Barna, Ph.D., J.D., March 25, 2006 | 397-400 |
| 27. | Declaration of Arlette Gorins, Oct. 2005 | 401 |
| 28. | Declaration of Landry Burdine, Nov. 22, 2005 | 402-403 |
| 29. | Declaration of Louis Johnson, Oct. 19, 2005 | 404-405 |
| 30. | Declaration and Supplemental Declaration of Marcus Jwain Robinson, Nov. 13, 2005 and Aug. 18, 2006 | 406-415 |
| 31. | Declaration and Supplemental Declaration of Josephine Dotson, Sept. 18, 2005 and Aug. 22, 2006 | 416-425 |
| 32. | Declaration of Jerry Melton, Aug. 8, 2006 | 426-427 |
| 33. | Declaration of Malcolm W. Klein, May 18, 2007 | 428-435 |
| 34. | Arlington Police Dpet. Records, Report No. 950019017, Nov. 30, 2006 | 436-461 |
| 35. | Declaration of Richard Smart, Sept. 27, 2006 | 462-463 |
| 36. | Tarrant County (Tex.) Court Records | 464-519 |
| 37. | Affidavit of Michael L. Gregory, Nov. 24, 2008 | 520-521 |

| | | |
|---|---|---|
| 38. | Declaration of Jimmie Lee Robinson, Nov. 18, 2005 | 522-540 |
| 39. | Declaration of Guffrie Gorins, Oct. 21, 2005 | 541-542 |
| 40. | Declaration of Beotha Moore, Nov. 10, 2005 | 543-544 |
| 41. | Birth Records of Julius O. Robinson | 545-588 |
| 42. | Teratogenic Exposure Evaluation by Kate Allen, Ph.D., March 14, 2007 | 589-610 |
| 43. | Fetal Alcohol Syndrome: Guidelines for Referral and Diagnosis | 611-613 |
| 44. | Miscellaneous Articles on Intrauterine Disorders | 614-628 |
| 45. | Declaration of Bernice Johnson, Sept. 18, 2005 | 629-632 |
| 46. | Declaration of Mildred Hollimon, Oct. 22, 2005 | 633-635 |
| 47. | Declaration and Supplemental Declaration of Willie White, Nov. 2005 and Aug. 22, 2006 | 636-644 |
| 48. | Declaration of Milton Willis Holliman, Oct. 21, 2005 | 645-647 |
| 49. | Declaration of Willie Parker, Nov. 2, 2005 | 648-649 |
| 50. | Declaration of Jana Holliman, Oct. 23, 2005 | 650-653 |
| 51. | Declaration of Mark D. Cunningham, Ph.D., ABPP, Nov. 28, 2005 | 654-777 |
| 52. | Declaration of Leroy Kennedy, Oct. 21, 2005 | 778-779 |
| 53. | Declaration of Carl McCree, Oct. 20, 2005 | 780-781 |
| 54. | Memo to File by Wes Ball, Dec. 4, 2001 | 782 |
| 55. | Declaration of David York, Nov. 18, 2005 | 783-785 |

| | | |
|---|---|---|
| 56. | Declaration of Jamila Camp, Nov. 10, 2005 | 786-789 |
| 57. | Declaration of Robert Hollimon, Nov. 21, 2005 | 790-794 |
| 58. | Declaration of Carol Wilson, Nov. 18, 2005 | 795-797 |
| 59. | Statement of Supplemental Statement of Stephen K. Martin, Ph.D., Nov. 23, 2005 and Aug 28, 2006 | 798-801 |
| 60. | Declaration of Brenda Hollimon, Aug. 25, 2006 | 802-803 |
| 61. | Affidavit of Steven Toston, Nov. 21, 2008 | 804-805 |
| 62. | School Records of Julius O. Robinson | 806-940 |
| 63. | Excerpts from Individual Voir Dire, Trial Transcripts, Feb. 5, 2002, Vol. II and Feb. 6, 2002, Vol. III, *United States v. Julius Omar Robinson, et. al.*, U.S. District Court, Northern Dist. of Texas, Fort Worth Div., Case No. CR-00-0260-Y | 941-955 |
| 64. | Excerpts from Individual Voir Dire, Trial Transcript, Feb. 7, 2002, Vol. IV, *United States v. Julius Omar Robinson, et. al.*, U.S. District Court, Northern Dist. of Texas, Fort Worth Div., Case No. CR-00-0260-Y | 956-970 |
| 65. | Excerpts from Individual Voir Dire, Trial Transcript, Feb. 14, 2002, Vol. VII, *United States v. Julius Omar Robinson, et. al.*, U.S. District Court, Northern Dist. of Texas, Fort Worth Div., Case No. CR-00-0260-Y | 971-989 |
| 66. | Excerpt from Trial Transcript, March 12, 2002, Vol. 20, Defendant's Motion in Limine, *United States v. Julius Omar Robinson, et. al.*, U.S. District Court, Northern Dist. of Texas, Fort Worth Div., Case No. CR-00-0260-Y | 990-993 |

| | | |
|---|---|---|
| 67. | Excerpt, Sarah Tucker's Penalty-Phase Trial Testimony, March 12, 2002, Vol. 20, *United States v. Julius Omar Robinson, et. al.*, U.S. District Court, Northern Dist. of Texas, Fort Worth Div., Case No. CR-00-0260-Y | 994-1018 |
| 68. | Excerpt, Ozla Tucker's Penalty-Phase Trial Testimony, March 12, 2002, Vol. 20, *United States v. Julius Omar Robinson, et. al.*, U.S. District Court, Northern Dist. of Texas, Fort Worth Div., Case No. CR-00-0260-Y | 1019-1028 |
| 69. | Excerpt, Terrence Holliman's Penalty-Phase Trial Testimony, March 12, 2002, Vol. 20, *United States v. Julius Omar Robinson, et. al.*, U.S. District Court, Northern Dist. of Texas, Fort Worth Div., Case No. CR-00-0260-Y | 1029-1054 |
| 70. | Excerpt, Nathan Henderson's Penalty-Phase Trial Testimony, March 12, 2002, Vol. 20, *United States v. Julius Omar Robinson, et. al.*, U.S. District Court, Northern Dist. of Texas, Fort Worth Div., Case No. CR-00-0260-Y | 1055-1058 |
| 71. | Defendant Julius Omar Robinson's Penalty-Phase Trial Case-in-Chief, March 13, 2002, Vol. 21, *United States v. Julius Omar Robinson, et. al.*, U.S. District Court, Northern Dist. of Texas, Fort Worth Div., Case No. CR-00-0260-Y | 1059-1233 |
| 72. | Excerpt, Mark Cunningham's Penalty-Phase Trial Testimony, March 14, 2002, Vol. 22, *United States v. Julius Omar Robinson, et. al.*, U.S. District Court, Northern Dist. of Texas, Fort Worth Div., Case No. CR-00-0260-Y | 1234-1322 |
| 73. | Excerpt, Penalty-Phase Trial Closing Argument of Defendant Julius Omar Robinson, March 15, 2002, Vol. 23, *United States v. Julius Omar Robinson, et. al.*, U.S. District Court, Northern Dist. of Texas, Fort Worth Div., Case No. CR-00-0260-Y | 1323-1337 |

74.   Excerpt, Michael Williams' Penalty-Phase Trial            1338-1342
      Testimony, March 12, 2002, Vol. 20, *United
      States v. Julius Omar Robinson, et. al.*, U.S.
      District Court, Northern Dist. of Texas, Fort
      Worth Div., Case No. CR-00-0260-Y

75.   Federal Bureau of Prisons Visitation Logs              1343-1352

76.   Reference Table                                        1353-1372