IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JULIUS OMAR ROBINSON,<br><br>                      Petitioner<br><br>     v.<br><br>T.J. WATSON, WARDEN, FEDERAL<br>CORRECTIONAL COMPLEX (FCC)<br>TERRE HAUTE;<br>UNITED STATES OF AMERICA,<br><br>                    Respondents. | **CAPITAL CASE**<br><br>Case No. 20-cv-640-JPH-DLP |

## ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*

This cause has come before the Court upon the motion of Petitioner Julius

Omar Robinson for leave to proceed without prepayment of fees and *in forma*

*pauperis*. Upon good cause shown, it is now ORDERED that the motion is hereby

granted.


Dated: _____                    _____
                                         Hon. James Patrick Hanlon
                                         United States District Court
                                         Southern District of Indiana

1

## PROOF OF SERVICE

I, Iliana Hernandez, declare that I am a resident or employed in Los Angeles County, California; that my business address is the Office of the Federal Public Defender, 321 East 2nd Street, Los Angeles, California 90012-4202, Telephone No. (213) 894-2854; that I am over the age of eighteen years; that I am not a party to the action entitled above; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the State of California, and at whose direction I served a copy of the attached **ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*** on the following individual(s) by:

| [ ] Placing same in a sealed envelope for collection and interoffice delivery addressed as follows: | [ ] Placing same in an envelope for hand delivery addressed as follows: | [X] Placing same in a sealed envelope for collection and mailing via the United States Post Office addressed as follows: | [ ] Faxing same via facsimile machine addressed as follows: |
|---|---|---|---|

| | |
|---|---|
| T.J. Watson, Warden, USP-Terre Haute U.S. Penitentiary 4700 Bureau Road South Terre Haute, IN 47802 | Gail A. Hayworth, AUSA 1100 Commerce Street Suite 300 Dallas, TX 75242 |

This proof of service is executed at Los Angeles, California, on December 4, 2020.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*/s/ Iliana Hernandez* .
Iliana Hernandez

2