AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Southern District of Indiana

| | | |
|---|---|---|
| JULIUS OMAR ROBINSON | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:20-cv-00640-JPH-DLP |
| WARDEN; UNITED STATES OF AMERICA | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Julius Omar Robinson                                                                              .

Date:      12/04/2020                                         /s/ Jonathan C. Aminoff
                                                              *Attorney's signature*

                                                     Jonathan C. Aminoff, Cal. Bar No. 259290
                                                              *Printed name and bar number*

                                                          Federal Public Defender's Office
                                                                 321 East 2nd Street
                                                               Los Angeles, CA 90012

                                                                      *Address*

                                                           Jonathan_Aminoff@fd.org
                                                                  *E-mail address*

                                                               (213) 894-5374
                                                               *Telephone number*

                                                               (213) 894-0310
                                                                  *FAX number*