AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
Southern District of Indiana

| | |
|---|---|
| JULIUS OMAR ROBINSON | ) |
| *Plaintiff* | ) |
| v. | )   Case No.    2:20-cv-00640-JPH-DLP |
| WARDEN; UNITED STATES OF AMERICA | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Julius Omar Robinson                                                                                           .

Date:       12/04/2020                                       /s/ Celeste Bacchi
                                                          *Attorney's signature*

                                                   Celeste Bacchi, Cal. Bar No. 307119
                                                   *Printed name and bar number*

                                                   Federal Public Defender's Office
                                                   321 East 2nd Street
                                                   Los Angeles, CA 90012

                                                   *Address*

                                                   Celeste_Bacchi@fd.org
                                                   *E-mail address*

                                                   (213) 894-1887
                                                   *Telephone number*

                                                   (213) 894-0310
                                                   *FAX number*