IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

JULIUS OMAR ROBINSON,
                    Petitioner,

v.                                                          No.    2:20-CV-640-JPH-DLP

T.J. WATSON, WARDEN, FEDERAL
CORRECTIONAL COMPLEX (FCC)
TERRE HAUTE; UNITED STATES OF
AMERICA,
                    Respondents.

### NOTICE OF APPEARANCE OF COUNSEL

The government advises the Court and all parties that Assistant United States

Attorney Jonathan Bradshaw hereby enters his appearance as counsel for T.J. Watson,

Warden, and the United States.

Respectfully submitted,

JOSH J. MINKLER
UNITED STATES ATTORNEY

*s/ Jonathan Bradshaw*
Jonathan Bradshaw
Special Assistant United States Attorney
Colorado Bar No. 43838
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: (214) 659-8600
E-mail: jonathan.bradshaw@usdoj.gov

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on December 7, 2020, this notice was filed electronically.   Notice of

this filing will be sent to all ECF-registered counsel of record via email generated by the

Court's ECF system.

_s/ Jonathan Bradshaw_
Jonathan Bradshaw
Special Assistant United States Attorney
