UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

JULIUS OMAR ROBINSON,      )
     )
     Petitioner,      )
     )
     v.      )      No. 2:20-cv-00640-JPH-DLP
     )
WARDEN, et al.      )
     )
     Respondents.      )

**ORDER GRANTING PETITIONER'S MOTION
FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*
AND DIRECTING RESPONDENT TO SHOW CAUSE**

Julius Omar Robinson, a federal inmate who has been sentenced to death, has filed a petition for writ of habeas corpus, an amended petition, and a motion for leave to proceed *in forma pauperis*.

Mr. Robinson's motion for leave to proceed *in forma pauperis*, dkt. [2], is **GRANTED**.

The respondent shall have **through March 1, 2021**, to answer the amended petition, dkt. [4], or otherwise show cause why relief should not be granted. The petitioner shall have **through April 1, 2021**, to file a reply.

**SO ORDERED.**

Date: 1/4/2021

James Patrick Hanlon
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Jonathan C. Aminoff
OFFICE OF THE FEDERAL PUBLIC DEFENDER
jonathan_aminoff@fd.org

Celeste Bacchi
FEDERAL PUBLIC DEFENDER
celeste_bacchi@fd.org

Jonathan Glen Bradshaw
DEPARTMENT OF JUSTICE
jonathan.bradshaw@usdoj.gov