IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

JULIUS OMAR ROBINSON,
        Petitioner,

v.                              No.    2:20-CV-640-JPH-DLP

UNITED STATES OF AMERICA,
        Respondent.

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME**

The government respectfully requests a 30-day extension—to Wednesday, March 31, 2021—to file its response to Julius Robinson's petition under 28 U.S.C. § 2241.

The extension is requested due to the undersigned's workload. Counsel is working diligently on this matter as well as the rest of his caseload. This Court ordered a response on January 4, 2021. Since that time, I have filed two briefs in the Fifth Circuit. *See in re Shelvin Holman*, No. 20-10802 (5th Cir. 2021); *United States v. Lopez-Mejia*, No. 20-10930 (5th Cir. 2021). I have also filed a response to an amended motion under 28 U.S.C. § 2255. *See Nash v. United States*, No. 3:20-CV-066-B-BH (N.D. Tex.). And I served as the appellate liaison to the trial team in *United States v. Said*.

Moreover, an extension is warranted in light of the lengthy trial record, which includes at least two dozen trial transcripts, and the extensive appellate and post-conviction proceedings in this capital case.

This extension is not sought for purposes of delay. The government requests that its deadline to file a response be extended to March 31, 2021.

Respectfully submitted,

John Childress
Acting United States Attorney

*s/ Jonathan Bradshaw*
Jonathan Bradshaw
Special Assistant United States Attorney
Colorado Bar No. 43838
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: (214) 659-8600
jonathan.bradshaw@usdoj.gov

## CERTIFICATE OF CONFERENCE

I certify that on Friday, February 19, 2021, I conferred with Jonathan Aminoff,

counsel for Mr. Robinson, who does not oppose the requested extension.

*s/ Jonathan Bradshaw*
Jonathan Bradshaw
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that on February 22, 2021, I electronically filed this motion with the clerk

of court for the U.S. District Court, Southern District of Indiana, via ECF, which will

serve counsel for Mr. Robinson.

*s/ Jonathan Bradshaw*
Jonathan Bradshaw
Special Assistant United States Attorney

2