IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

JULIUS OMAR ROBINSON,
          Petitioner,

v.                                      No.    2:20-CV-640-JPH-DLP

UNITED STATES OF AMERICA,
          Respondent.

## ORDER

After review of the government's motion for an extension of time to file a response to Robinson's section 2241 motion, and for the reasons contained in it, the Court GRANTS the motion.   Accordingly, the government shall file its response no later than March 31, 2021.

SIGNED this _____ day of February, 2021.

_____
DORIS L. PRYOR
UNITED STATES MAGISTRATE JUDGE