IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

JULIUS OMAR ROBINSON,
                Petitioner,

v.                                   No.    2:20-CV-640-JPH-DLP

UNITED STATES OF AMERICA,
                Respondent.

ORDER

After review of the government's motion for an extension of time to file a response to Robinson's section 2241 motion, and for the reasons contained in it, the Court GRANTS the motion, dkt. [12].   Accordingly, the government shall file its response no later than March 31, 2021.

**SO ORDERED**.

Date:  2/25/2021

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel of record