IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

JULIUS OMAR ROBINSON,

               Petitioner,

      v.

T.J. WATSON, WARDEN
FEDERAL CORRECTIONAL
COMPLEX (FCC) TERRE HAUTE;
UNITED STATES OF AMERICA,

               Respondents.

**CAPITAL CASE**

No. 2:20-CV-640-JPH-MG

## PETITIONER'S MOTION FOR EXTENSION OF TIME

Petitioner Julius Robinson (hereafter "Petitioner" or "Robinson"), through undersigned counsel of record, moves the Court to enlarge the time for filing his reply to Respondent's motion dismiss and response to Robinson's 28 U.S.C. § 2241 petition from May 1, 2021 to July 1, 2021.

On December 4, 2020, Petitioner filed an amended petition for writ of habeas corpus in this Court.  Dkt. No. 4.  On January 4, the Court ordered Respondent to file a response to the petition on or before March 1, 2021, and ordered Petitioner to file a reply by April 1, 2021.  Dkt. No. 10.  The Government

moved for an extension of time to file its response, and timely filed its response on

March 31, 2021. Dkt. Nos. 12, 15.  Although the Court did not indicate a new due

date for Petitioner's reply in the Court's order granting the Government's request

for an extension of time, Petitioner presumes the Court intended to maintain its

original schedule, which would have made Petitioner's reply due on May 1, 2021.

Dkt. No. 14.

Petitioner's undersigned counsel now requests to extend the due date to July

1, 2021.  Petitioner's request is based on undersigned counsel's caseload.  In

addition to this case, counsel Jonathan Aminoff is assigned to represent nine other

capital habeas petitioners, two non-capital habeas petitioners, and two defendants

in criminal trial matters.  Although Mr. Aminoff is working diligently on this

matter, his obligations to other matters has necessitated a need for additional time

to complete his reply.  Specifically, much of counsel's time has recently been

devoted to preparing a merits brief in another capital case.  *Wrest v. Martel*, CD

CA Case No. 95-CV-214.  This has been an exceptionally time-consuming

endeavor and counsel will need to devote significant time over the next few weeks

to completing this brief.

Similarly, counsel Celeste Bacchi currently represents nine capital habeas

petitioners, one non-capital habeas petitioner, and three trial clients.  In addition to

her work on those cases, she has a petition for certiorari on a capital case due in the

2

United States Supreme Court on May 5, 2021, thereby necessitating additional time to complete her work on the reply in this matter.

Pursuant to Local Rule 6-1(c)(4)(A), undersigned counsel has conferred with Assistant United States Attorney Jonathan Bradshaw who has confirmed that Respondent does not oppose this motion.

This extension is not sought for purposes of delay.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: April 23, 2021            By:  */s/ Jonathan C. Aminoff*
                                      JONATHAN C. AMINOFF
                                      Deputy Federal Public Defender
                                      California Bar No. 259290
                                      Office of the Federal Public Defender
                                      321 East Second Street
                                      Los Angeles, California 90012
                                      Telephone: (213) 894-5374
                                      Facsimile: (213) 894-0310
                                      Jonathan_Aminoff@fd.org

## CERTIFICATE OF CONFERENCE

I certify that on Thursday, April 22, 2021, I conferred with Jonathan Bradshaw, counsel for Respondent, who does not oppose the requested extension.

*/s/ Jonathan C. Aminoff*
JONATHAN C. AMINOFF
Deputy Federal Public Defender

3

## **<u>CERTIFICATE OF SERVICE</u>**

I certify that on April 23, 2021, I electronically filed this motion with the clerk of court for the U.S. District Court, Southern District of Indiana, via ECF, which will serve counsel for Respondent.

*/s/ Jonathan C. Aminoff*
JONATHAN C. AMINOFF
Deputy Federal Public Defender