IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JULIUS OMAR ROBINSON,<br><br>Petitioner,<br><br>v.<br><br>T.J. WATSON, WARDEN FEDERAL CORRECTIONAL COMPLEX (FCC) TERRE HAUTE; UNITED STATES OF AMERICA,<br><br>Respondents. | **CAPITAL CASE**<br><br>No. 2:20-CV-640-JPH-MG |

## ORDER

After review of the Petitioner's motion for an extension of time to file a reply to the Respondent's motion to dismiss and response to Robinson's section 2241 petition, and for the reasons contained in it, the Court GRANTS the motion. Accordingly, the Petitioner shall file his reply no later than July 1, 2021.

SIGNED this _____ day of April, 2021.

_____
MARIO GARCIA
UNITED STATES MAGISTRATE JUDGE