UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JULIUS OMAR ROBINSON, )<br><br>Petitioner, )<br><br>v. )<br><br>WARDEN, et al. )<br><br>Respondents. ) | No. 2:20-cv-00640-JPH-MG |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE REPLY**

Petitioner Julius Robinson's motion for extension of time to file a reply in support of his habeas corpus petition, dkt. [18], is **GRANTED**. Mr. Robinson shall have **through July 1, 2021**, to file his reply.

**SO ORDERED.**

Date:  5/3/2021

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Jonathan C. Aminoff
OFFICE OF THE FEDERAL PUBLIC DEFENDER
jonathan_aminoff@fd.org

Celeste Bacchi
FEDERAL PUBLIC DEFENDER
celeste_bacchi@fd.org

Jonathan Glen Bradshaw
DEPARTMENT OF JUSTICE
jonathan.bradshaw@usdoj.gov