IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

JULIUS OMAR ROBINSON,
                Petitioner,

v.                                  No.    2:20-CV-640-JPH-DLP

UNITED STATES OF AMERICA,
                Respondent.

**GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

The government respectfully requests a 60-day extension—to Monday, May 10, 2021—to file its amended response to Julius Robinson's amended petition under 28 U.S.C. § 2241.

On January 10, 2021, this Court denied the government's motion to dismiss but permitted it to file an amended response by March 11, 2021. (*See* CV No. 22.) Undersigned counsel, who represents the government in this case, went on paternity leave in December 2021 and returns to duty on Monday, March 7, 2021. Counsel has been unable to prepare the government's amended response during his leave. Accordingly, the government respectfully requests that this Court extend its deadline to file an amended response until May 10, 2021.[1]

I have conferred with counsel for Robinson, who is unopposed to this motion.

---

[1] As this Court's order noted, resolution of this petition is not urgent at this time because Mr. Robinson has not been set for execution. (*See* CV No. 22 at 2.)

Respectfully submitted,

Zachary A. Myers
United States Attorney

*s/ Jonathan Bradshaw*
Jonathan Bradshaw
Special Assistant United States Attorney
Colorado Bar No. 43838
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: (214) 659-8600
jonathan.bradshaw@usdoj.gov

## CERTIFICATE OF CONFERENCE

I certify that on February 22, 2021, I conferred with Celeste Bacchi, counsel for

Mr. Robinson, who does not oppose the requested extension.

*s/ Jonathan Bradshaw*
Jonathan Bradshaw
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that on March 1, 2022, I electronically filed this motion with the clerk of

court for the U.S. District Court, Southern District of Indiana, via ECF, which will serve

counsel for Mr. Robinson.

*s/ Jonathan Bradshaw*
Jonathan Bradshaw
Special Assistant United States Attorney