IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

JULIUS OMAR ROBINSON,
        Petitioner,

v.                                    No.    2:20-CV-640-JPH-DLP

UNITED STATES OF AMERICA,
        Respondent.

ORDER

After review of the government's motion for an extension of time to file an amended response to Robinson's amended petition under 28 U.S.C. § 2241, and for the reasons contained in it, the Court GRANTS the motion. Accordingly, the government shall file its response no later than May 10, 2022.

SIGNED this _____ day of March, 2022.

JAMES PATRICK HANLON
UNITED STATES DISTRICT JUDGE