UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JULIUS OMAR ROBINSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00640-JPH-MG |
| | ) | |
| WARDEN, et al. | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

The government's motion for extension of time, dkt. [23], is **GRANTED**. The government

shall have **through May 10, 2022**, to file an amended response to the petition for writ of habeas

corpus.

**SO ORDERED.**

Date: 3/7/2022

*James Patrick Hanlon*

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Jonathan C. Aminoff
OFFICE OF THE FEDERAL PUBLIC DEFENDER
jonathan_aminoff@fd.org

Celeste Bacchi
FEDERAL PUBLIC DEFENDER
celeste_bacchi@fd.org

Jonathan Glen Bradshaw
DEPARTMENT OF JUSTICE
jonathan.bradshaw@usdoj.gov