IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

JULIUS OMAR ROBINSON,
    Petitioner,

v.            No. 2:20-CV-640-JPH-DLP

UNITED STATES OF AMERICA,
    Respondent.

## GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME

The government respectfully requests a second 60-day extension—to Monday, July 11, 2022—to file its amended response to Julius Robinson's amended petition under 28 U.S.C. § 2241.  Counsel for Robinson is unopposed.

Undersigned counsel requests an extension due to his workload.  On March 7, 2022, this Court granted the government's motion for extension of time to file an amended response to the petition for writ of habeas corpus by May 10, 2022.  (*See* CV No. 24.)  Since having been granted an extension to respond, I have continued my work to complete the government's response to the amended petition in this case.

I have also drafted the Section 2255 responses in *Saustegui-Perez v. United States*, No. 3:22-CV-357-S-BH (N.D. Tex. Mar. 22, 2022), and *Martinez v. United States*, No. 3:21-CV-563-L-BH (N.D. Tex.).  Further, I drafted the government's response to the defendant's motions for judgment of acquittal and a new trial in *United States v. Kay*, 4:20-CR-269-Y (N.D. Tex. Mar. 24, 2022).

In addition, I am currently preparing for two oral arguments in the Fifth Circuit, both scheduled for the week of May 9, 2022: *United States v. Caldwell*, No. 21-10509, and *United States v. Brooks*, No. 20-10401.

Accordingly, the government respectfully requests that this Court extend its deadline to file an amended response until July 11, 2022.  As this Court's order noted, resolution of this petition is not urgent at this time because Mr. Robinson has not been set for execution.  (*See* CV No. 22 at 2.)

I have conferred with counsel for Robinson, who is unopposed to this motion.

Respectfully submitted,

Zachary A. Myers
United States Attorney

*s/ Jonathan Bradshaw*
Jonathan Bradshaw
Special Assistant United States Attorney
Colorado Bar No. 43838
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: (214) 659-8600
jonathan.bradshaw@usdoj.gov

## CERTIFICATE OF CONFERENCE

I certify that on April 18, 2022, I conferred with Jonathan Aminoff, counsel for Mr. Robinson, who does not oppose the requested extension.

*s/ Jonathan Bradshaw*
Jonathan Bradshaw
Special Assistant United States Attorney

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 26, 2022, I electronically filed this motion with the clerk of court for the U.S. District Court, Southern District of Indiana, via ECF, which will serve counsel for Mr. Robinson.

<u>*s/ Jonathan Bradshaw*</u>
Jonathan Bradshaw
Special Assistant United States Attorney