IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

JULIUS OMAR ROBINSON,
           Petitioner,

v.                                No.    2:20-CV-640-JPH-DLP

UNITED STATES OF AMERICA,
           Respondent.

<u>ORDER</u>

After review of the government's motion for an extension of time to file an

amended response to Robinson's amended petition under 28 U.S.C. § 2241, and for the

reasons contained in it, the Court GRANTS the motion. Accordingly, the government

shall file its response no later than July 11, 2022.

        SIGNED this _____ day of April, 2022.


                                  _____

                                  JAMES PATRICK HANLON
                                  UNITED STATES DISTRICT JUDGE