IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

JULIUS OMAR ROBINSON,
          Petitioner,

v.                                         No.    2:20-CV-640-JPH-DLP

UNITED STATES OF AMERICA,
          Respondent.

ORDER

After review of the government's motion for an extension of time to file an amended response to Robinson's amended petition under 28 U.S.C. § 2241, and for the reasons contained in it, the Court GRANTS the motion, dkt. [25].   Accordingly, the government shall file its response no later than July 11, 2022.

**SO ORDERED**.

Date:  5/3/2022

*James Patrick Hanlon*

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel of record via CM/ECF