IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JULIUS OMAR ROBINSON, | **CAPITAL CASE** |
| Petitioner, | No. 2:20-CV-640-JPH-MG |
| v. | |
| T.J. WATSON, WARDEN FEDERAL CORRECTIONAL COMPLEX (FCC) TERRE HAUTE; UNITED STATES OF AMERICA, | |
| Respondents. | |

**PETITIONER'S MOTION FOR EXTENSION OF TIME**

Petitioner Julius Robinson (hereafter "Petitioner" or "Robinson"), through undersigned counsel of record, moves the Court to enlarge the time for filing his reply to Respondent's amended response to Robinson's 28 U.S.C. § 2241 petition from August 10, 2022 to October 10, 2022.

Pursuant to the Court's January 10, 2022 Order, dkt. no. 22, and following two requests for extensions of time, the government filed its amended response to Robinson's petition on July 8, 2022. Dkt. No. 24, 26, 27. Robinson's reply brief is due on or before August 10, 2022.

Since the Government filed their response on July 8, my co-counsel Celeste Bacchi, transferred to a different Federal Public Defender Office and is no longer working on Mr. Robinson's case. I am currently solely responsible for drafting and filing Mr. Robinson's reply brief, but have been unable to make significant progress on the brief. Over the course of the past month, my time has largely been dominated by my obligations to other cases. Specifically, I have a trial scheduled for the middle of August, which has required significant investigation and travel. That case will continue to dominate my time for much of the rest of this month. Once this case is resolved, however, I will be able to focus more of my time on completing Mr. Robinson's reply brief and I believe I will be able to complete it by the requested new deadline.

Pursuant to Local Rule 6-1(c)(4)(A), I have conferred with Assistant United States Attorney Jonathan Bradshaw who has confirmed that Respondent does not oppose this motion.

//

//

//

//

This extension is not sought for purposes of delay.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: August 5, 2022          By: */s/ Jonathan C. Aminoff*
                                   JONATHAN C. AMINOFF
                                   Deputy Federal Public Defender
                                   California Bar No. 259290
                                   Office of the Federal Public Defender
                                   321 East Second Street
                                   Los Angeles, California 90012
                                   Telephone: (213) 894-5374
                                   Facsimile: (213) 894-0081
                                   Jonathan_Aminoff@fd.org

## <u>CERTIFICATE OF CONFERENCE</u>

I certify that on August 4, 2022, I conferred with Jonathan Bradshaw, counsel for Respondent, who does not oppose the requested extension.

> */s/ Jonathan C. Aminoff*
> JONATHAN C. AMINOFF
> Deputy Federal Public Defender

## <u>CERTIFICATE OF SERVICE</u>

I certify that on August 5, 2022, I electronically filed this motion with the clerk of court for the U.S. District Court, Southern District of Indiana, via ECF, which will serve counsel for Respondent.

> */s/ Jonathan C. Aminoff*
> JONATHAN C. AMINOFF
> Deputy Federal Public Defender