IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JULIUS OMAR ROBINSON, | **CAPITAL CASE** |
| Petitioner, | No. 2:20-CV-640-JPH-MG |
| v. | |
| T.J. WATSON, WARDEN FEDERAL CORRECTIONAL COMPLEX (FCC) TERRE HAUTE; UNITED STATES OF AMERICA, | |
| Respondents. | |

ORDER

After review of the Petitioner's motion for an extension of time to file a

reply to Respondent's amended response to Robinson's 28 U.S.C. § 2241 petition,

and for the reasons contained in it, the Court GRANTS the motion. Accordingly,

Petitioner shall file his reply no later than October 10, 2022.

SIGNED this _____ day of August, 2022.

_____
JAMES PATRICK HANLON
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF INDIANA