UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

JULIUS OMAR ROBINSON,                    )
                                         )
                    Petitioner,          )
                                         )
        v.                               )        No. 2:20-cv-00640-JPH-MG
                                         )
WARDEN, et al.,                          )
                                         )
                    Respondents.         )

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

Petitioner's unopposed motion for extension of time, dkt. [29], is **GRANTED**. Petitioner

shall have **through October 10, 2022**, to file a reply to the respondent's amended response to the

petition for writ of habeas corpus.

**SO ORDERED.**

Date:  8/16/2022

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Jonathan C. Aminoff
OFFICE OF THE FEDERAL PUBLIC DEFENDER
jonathan_aminoff@fd.org

Celeste Bacchi
FEDERAL PUBLIC DEFENDER
celeste_bacchi@fd.org

Jonathan Glen Bradshaw
DEPARTMENT OF JUSTICE
jonathan.bradshaw@usdoj.gov