AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | | |
|---|---|---|
| JULIUS OMAR ROBINSON | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:20-cv-00640-JPH-DLP |
| WARDEN; UNITED STATES OF AMERICA | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Julius Omar Robinson                                                                                                    .

Date:      03/22/2023

/s/ Michael Petersen
*Attorney's signature*

Michael Petersen, Cal. Bar No. 311729
*Printed name and bar number*

Federal Public Defender's Office
321 East 2nd Street
Los Angeles, CA 90012

*Address*

Michael_Petersen@fd.org
*E-mail address*

(213) 894-1844
*Telephone number*

(213) 894-0310
*FAX number*