UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

JULIUS OMAR ROBINSON,           )
                                )
                  Petitioner,   )
                                )
        v.                      )    No. 2:20-cv-00640-JPH-MG
                                )
WARDEN USP-Terre Haute,         )
UNITED STATES OF AMERICA,        )
                                )
                  Respondents.  )

## FINAL JUDGMENT

The Court now enters final judgment. The action is dismissed for lack of jurisdiction.

Date:  9/30/2024

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Roger A.G. Sharpe, Clerk of Court

By: _Lana Harves_
      Deputy Clerk

Distribution:

All Electronically Registered Counsel

1