IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JULIUS OMAR ROBINSON,<br><br>     Petitioner<br><br>  v.<br><br>T.J. WATSON, WARDEN,<br>FEDERAL CORRECTIONAL<br>COMPLEX (FCC) TERRE HAUTE;<br>UNITED STATES OF AMERICA,<br><br>     Respondents. | **CAPITAL CASE**<br><br>Case No. 20-cv-00640-JPH-DLP |

## NOTICE OF APPEAL

CUAUHTEMOC ORTEGA (No. 257443)
Federal Public Defender
JONATHAN C. AMINOFF
(Cal. Bar No. 259290)
(E-Mail: jonathan_aminoff@fd.org)
MICHAEL B. PETERSEN
(Cal. Bar No. 311729)
(E-Mail: michael_petersen@fd.org)
Deputy Federal Public Defenders
Office of the Federal Public Defender
321 East Second Street
Los Angeles, California 90012
Telephone:  (213) 894-2854
Facsimile:  (213) 894-0081
Attorneys for Petitioner

Attorneys for Petitioner
**JULIUS OMAR ROBINSON**

PLEASE TAKE NOTICE that Petitioner, Julius Omar Robinson, by his undersigned counsel, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Opinion and Order of the District Court, Hon. James Patrick Hanlon, United States District Judge, denying Petitioner's Petition for Writ of Habeas Corpus, and judgment thereon, entered on September 30, 2024. (Dkts. 34 & 35).

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

Dated: November 8, 2024        By */s/ Jonathan C. Aminoff*
                               JONATHAN C. AMINOFF
                               MICHAEL PETERSEN
                               Deputy Federal Public Defenders
                               Office of the Federal Public Defender
                               Central District of California
                               321 E. 2nd Street
                               Los Angeles, CA 90012
                               Telephone:  (213) 894-5374
                               Facsimile:  (213) 894-0310
                               jonathan_aminoff@fd.org
                               michael_petersen@fd.org
                               Attorneys for Julius Omar Robinson

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Indiana using the CM/ECF system on November 8, 2024. I certify that all the participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: November 8, 2024    By */s/ Jonathan C. Aminoff*
        JONATHAN C. AMINOFF
        MICHAEL PETERSEN
        Deputy Federal Public Defenders
        Office of the Federal Public Defender
        Central District of California
        321 E. 2nd Street
        Los Angeles, CA 90012
        Telephone:  (213) 894-5374
        Facsimile:  (213) 894-0310
        jonathan_aminoff@fd.org
        michael_petersen@fd.org
        Attorneys for Julius Omar Robinson