IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JULIUS OMAR ROBINSON, <br><br>            Petitioner <br><br>     v. <br><br> T.J. WATSON, WARDEN, FEDERAL CORRECTIONAL COMPLEX (FCC) TERRE HAUTE; UNITED STATES OF AMERICA, <br><br>            Respondents. | **CAPITAL CASE** <br><br> Case No. 20-cv-00640-JPH-DLP |

## DOCKETING STATEMENT

Pursuant to Rules 3(c)(1) and 28(a) of the Circuit Rules for the United States Court of Appeals for the Seventh Circuit, Petitioner-Appellant Julius Omar Robinson hereby submits his Docketing Statement:

(1) The jurisdiction of the United States District Court for the Southern District of Indiana in the above-captioned matter is based upon 28 U.S.C. § 2241.

(2) The United States Court of Appeals for the Seventh Circuit has appellate jurisdiction over this matter pursuant to 28 U.S.C. § 2253(a),

1

in that this is an appeal from a final judgment and order in a habeas corpus proceeding. The order sought to be reviewed, and judgment thereon, were entered on September 30, 2024 (Dkts. 34 & 35). The Notice of Appeal in this matter was filed on November 8, 2024.

This appeal is from a final judgment.

(4) There are no prior related appellate proceedings

(5) There is no prior litigation in the district court.

(6) Mr. Robinson is currently confined at the United States Penitentiary at Terre Haute, Indiana.

///

(7) This appeal does not require a certificate of appealability. 28 U.S.C. § 2253; Fed. R. App. P. 22(b); *Bush v. Pitzer*, 133 F.3d 455, 456 (7th Cir. 1997) (certificate of appealability not required for federal prisoner appealing denial of writ of habeas corpus under 28 U.S.C. § 2241; "Under 28 U.S.C. § 2253(c)(1)(B), a federal prisoner needs a certificate of appealability only when appealing from the denial of relief under 28 U.S.C. § 2255.")

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

Dated: November 8, 2024     By */s/ Jonathan C. Aminoff*
JONATHAN C. AMINOFF
MICHAEL PETERSEN
Deputy Federal Public Defenders
Office of the Federal Public Defender
Central District of California
321 E. 2nd Street
Los Angeles, CA 90012
Telephone:  (213) 894-5374
Facsimile:  (213) 894-0310
jonathan_aminoff@fd.org
michael_petersen@fd.org
Attorneys for Julius Omar Robinson

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Indiana using the CM/ECF system on November 8, 2024. I certify that all the participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.


Dated: November 8, 2024        By */s/ Jonathan C. Aminoff*
                                  JONATHAN C. AMINOFF
                                  MICHAEL PETERSEN
                                  Deputy Federal Public Defenders
                                  Office of the Federal Public Defender
                                  Central District of California
                                  321 E. 2nd Street
                                  Los Angeles, CA 90012
                                  Telephone:  (213) 894-5374
                                  Facsimile:  (213) 894-0310
                                  jonathan_aminoff@fd.org
                                  michael_petersen@fd.org
                                  Attorneys for Julius Omar Robinson