IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

JULIUS OMAR ROBINSON,

                    Petitioner,

      v.

WARDEN, USP-TERRE HAUTE,
UNITED STATES OF AMERICA,

                    Respondent.

Case No. 20-CV-640-JPH-DLP

**CAPITAL CASE**

## MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

Petitioner Julius Omar Robinson respectfully moves this Court for leave to proceed on appeal *in forma pauperis.*  In support of this motion, Petitioner states as follows:

1.    Petitioner is an indigent death-sentenced prisoner confined at USP Terre Haute.  His BOP Register Number is 26190-177.

2.    Petitioner was previously granted leave to proceed *in forma pauperis* in this Court.  Dkt. 10.  Additionally, Petitioner was previously granted leave to proceed *in forma pauperis* in the United States District Court for the Northern District of Texas, the Fifth Circuit Court of Appeals, and the United States Supreme Court.

1

3.      Petitioner has remained indigent since being incarcerated and is unable to pay the costs and fees associated with the litigation of this appeal regarding his Petition for Writ of Habeas Corpus.

Wherefore, the Petitioner respectfully requests leave to proceed on appeal *in forma pauperis.*

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

Dated: November 8, 2024      By */s/ Jonathan C. Aminoff*
                             JONATHAN C. AMINOFF
                             MICHAEL PETERSEN
                             Deputy Federal Public Defenders
                             Office of the Federal Public Defender
                             Central District of California
                             321 E. 2nd Street
                             Los Angeles, CA 90012
                             Telephone:  (213) 894-5374
                             Facsimile:  (213) 894-0310
                             jonathan_aminoff@fd.org
                             michael_petersen@fd.org
                             Attorneys for Julius Omar Robinson

2

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United State District Court for the Southern District of Indiana, using the CM/ECF system on November 8, 2024. I certify that all the participants in the case are registered CM/ECF users and that service with be accomplished by the CM/ECF system.

By */s/ Jonathan C. Aminoff*
JONATHAN C. AMINOFF
MICHAEL PETERSEN
Deputy Federal Public Defenders
Office of the Federal Public Defender
Central District of California
321 E. 2nd Street
Los Angeles, CA 90012
Telephone:  (213) 894-5374
Facsimile:  (213) 894-0310
jonathan_aminoff@fd.org
michael_petersen@fd.org
Attorneys for Julius Omar Robinson