IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JULIUS OMAR ROBINSON,<br><br>         Petitioner<br><br>v.<br><br>T.J. WATSON, WARDEN, FEDERAL CORRECTIONAL COMPLEX (FCC) TERRE HAUTE;<br>UNITED STATES OF AMERICA,<br><br>         Respondents. | **CAPITAL CASE**<br><br>Case No. 20-cv-640-JPH-DLP |

**ORDER GRANTING MOTION TO PROCEED ON APPEAL
IN FORMA PAUPERIS**

This cause has come before the Court upon the motion of

Petitioner Julius Robinson for leave to proceed on appeal *in forma*

*pauperis*. Upon good cause shown, it is now ORDERED that the motion

is hereby GRANTED.


Dated: _____                     _____
                                        James Patrick Hanlon
                                        United States District Court
                                        Southern District of Indiana


1