# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

November 8, 2024

**To:**    Kristine L. Seufert
           District/Bankruptcy Clerk

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| |
|---|
| Appellate Case No: 24-3040 <br><br> Caption: <br> JULIUS O. ROBINSON, <br>        Petitioner - Appellant <br><br> v. <br><br> STEVEN MERENDINO, Warden, <br>        Respondent - Appellee |
| District Court No: 2:20-cv-00640-JPH-MG <br> Clerk/Agency Rep Kristine L. Seufert <br> District Judge James P. Hanlon <br><br> Date NOA filed in District Court: 11/08/2024 |

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**    (form ID: **188**)