UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JULIUS OMAR ROBINSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00640-JPH-MG |
| | ) | |
| WARDEN USP-Terre Haute, | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Petitioner Julius Robinson's motion for leave to proceed *in forma pauperis* on appeal, dkt. [38], cannot be ruled on as presented. Mr. Robinson will have **through December 13, 2024**, to either pay the $605.00 appellate fees or submit a statement of his inmate trust account transactions for the six months preceding the filing of his notice of appeal on November 8, 2024. 28 U.S.C. § 1915(a)(2).

**SO ORDERED.**

Date: 11/14/2024

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel