IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

|  |  |
|---|---|
| JULIUS OMAR ROBINSON,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, USP-TERRE HAUTE,<br>UNITED STATES OF AMERICA,<br><br>　　　　　　　Respondent. | Case No. 20-CV-640-JPH-DLP<br><br>**CAPITAL CASE** |

**PETITIONER'S RESPONSE TO NOVEMBER 14, 2024 ORDER
RE: MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS***

On December 3, 2020, Petitioner Julius Omar Robinson filed a petition for writ of a habeas corpus pursuant to 28 U.S.C. § 2241 in this Court.  Dkt. 1.  This Court denied Mr. Robinson's petition on September 30, 2024.  Dkt. 34, 35.

Mr. Robinson timely filed a notice of appeal on November 8, 2024 (dkt. 36) and moved to proceed in forma pauperis (dkt. 38).  On November 14, 2024, this Court issued an Order instructing Petitioner, in accordance with 28 U.S.C. § 1915(a)(2), to either pay the $605.00 appellate fees or submit a statement of his inmate trust account

1

transactions for the six months preceding the filing of his notice of appeal.

In response, Petitioner respectfully submits that, as the underlying proceeding is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 contesting his federal criminal convictions and sentences, this proceeding falls outside of U.S.C. § 1915(a)(2).

The Prison Litigation Reform Act of 1996 ("PLRA"), which established the *in forma pauperis* requirements of § 1915, was enacted to curb the proliferation of groundless civil rights lawsuits by prisoners. It was not, however, meant to curtail the ability of prisoners to file habeas corpus petitions. *Martin v. U.S.,* 96 F.3d 853, 855-856 (1996).

The Seventh Circuit has held that while habeas corpus proceedings are technically civil proceedings, "the [PLRA] is inapplicable to habeas corpus." *Id.* The Seventh Circuit noted that the Antiterrorism and Effective Death Penalty Act ("AEDPA") was enacted simultaneously with the Prison Litigation Reform Act, and was a similar effort to curtail groundless litigation in the habeas context. As such, habeas petitions are governed by AEDPA, rather than PLRA. The application of § 1915, and the rest of the PLRA, to habeas corpus

proceedings "would be contrary to a long tradition of ready access of prisoners to federal habeas corpus, as distinct from their access to tort remedies." *Id.*[1] For these and other reasons, the Seventh Circuit has consistently held that "the PLRA does not apply to any requests for collateral relief under 28 U.S.C. §§ 2241, 2254, or 2255." *Walker v. O'Brien*, 216 F.3d 626, 629 (7th Cir. 2000).

//

//

//

//

//

//

//

//

//

//

---

[1] The Seventh Circuit eventually held that all § 2241 habeas petitions, even those which challenged conditions of confinement rather than the conviction, fall outside of the PLRA. *Walker v. O'Brien*, 216 F.3d 626, 634 (2000).

Petitioner respectfully submits that he is seeking an appeal of the denial of his § 2241 habeas corpus petition challenging his federal criminal conviction, and he is not required to comply with the provisions of § 1915. Petitioner requests that this Court grant him leave to proceed with his appeal *in forma pauperis*.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

Dated: December 2, 2024        By */s/ Michael Petersen*
JONATHAN C. AMINOFF
MICHAEL PETERSEN
Deputy Federal Public Defenders
Office of the Federal Public Defender
Central District of California
321 E. 2nd Street
Los Angeles, CA 90012
Telephone:  (213) 894-5374
Facsimile:  (213) 894-0310
jonathan_aminoff@fd.org
michael_petersen@fd.org
Attorneys for Julius Omar Robinson

4

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United State District Court for the Southern District of Indiana, using the CM/ECF system on December 2, 2024. I certify that all the participants in the case are registered CM/ECF users and that service with be accomplished by the CM/ECF system.

By */s/ Michael Petersen*

JONATHAN C. AMINOFF
MICHAEL PETERSEN
Deputy Federal Public Defenders
Office of the Federal Public Defender
Central District of California
321 E. 2nd Street
Los Angeles, CA 90012
Telephone:  (213) 894-5374
Facsimile:  (213) 894-0310
jonathan_aminoff@fd.org
michael_petersen@fd.org
Attorneys for Julius Omar Robinson

5